**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**- BROWNSVILLE DIVISION -**

United States District Court
Southern District of Texas
ENTERED
APR 1 0 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO X. SOLIS | § | B-01-089 |
| | § | |
| VS. | § | MISCELLANEOUS NO. B-01-009 |
| | § | |
| MR. GARY JOHSON | § | |

<u>O R D E R</u>

Petitioner, Francisco X. Solis, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by June 12, 2001.

DONE at Brownsville, Texas, this 10th day of April, 2001.

John Wm. Black
United States Magistrate Judge
