IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| *FRANCISCO X. SOLIS,* § | |
| Petitioner, § | |
| § | |
| V. § | Civil Action No. ~~B-01-009~~ |
| § | B-01-89 |
| *GARY L. JOHNSON, DIRECTOR,* § | |
| *TEXAS DEPARTMENT OF* § | |
| *CRIMINAL JUSTICE,* § | |
| *INSTITUTIONAL DIVISION,* § | |
| Respondent. § | |

**RESPONDENT JOHNSON'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES respondent Gary L. Johnson, Director of the Texas Department of Criminal Justice, Institutional Division, ("the Director"), by and through the Attorney General of Texas, and files this First Motion for Extension of Time with Brief in Support. In support thereof, the Director would respectfully show the court as follows:

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of this court entered April 10, 2001, the Director was ordered to file a response no later than June 12, 2001. Therefore, the instant motion is timely filed. FED. R. CIV. P. 6 (e).

**II.**

The petitioner, Francisco X. Solis, ("Solis"), has filed a petition challenging his murder convictions. Fed. Writ Petition at 2. While the undersigned attorney has ordered and received the state court records, the undersigned has not had an opportunity to review those records and determine an appropriate response to Solis's allegations presented in his federal writ petition. Therefore, additional time is needed.

Given the fact that Habeas Corpus Division is severely understaffed at the present moment, the Director respectfully requests a forty-five day extension in which the undersigned attorney can review Solis's records; coordinate her duty in this case with other matters due within that time period; and draft an appropriate response to Solis's federal habeas claims.

### III.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully moves this court for an extension of time of forty-five days from June 12, 2001, up to and including July 27, 2001, within which to file a responsive pleading to this petition for federal writ of habeas corpus.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
  for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

DENISE A. VILLARREAL*
Assistant Attorney General
State Bar No. 24008212
Southern Dist. No. 25,314

P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

*Attorney in Charge

2

## CERTIFICATE OF CONFERENCE

     I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is presently incarcerated by the Texas Department of Criminal Justice, and is proceeding *pro se* in this cause. Respondent assumes that petitioner opposes this pleading.

DENISE A. VILLARREAL
Assistant Attorney General

## CERTIFICATE OF SERVICE

     I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this the 8th day of June, 2001, addressed to:

Francisco X. Solis
TDCJ-ID No. 586219
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

DENISE A. VILLARREAL
Assistant Attorney General

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| *FRANCISCO X. SOLIS,* § | |
| Petitioner, § | |
| § | |
| *V.* § | Civil Action No. B-01-009 |
| § | |
| *GARY L. JOHNSON, DIRECTOR,* § | |
| *TEXAS DEPARTMENT OF* § | |
| *CRIMINAL JUSTICE,* § | |
| *INSTITUTIONAL DIVISION,* § | |
| Respondent. § | |

## ORDER TO EXTEND TIME

Came on this day to be considered Respondent Johnson's First Motion for Extension of Time with Brief in Support, and this court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Respondent Johnson's First Motion for Extension of Time be GRANTED, and that the Respondent's time for filing a response to the habeas petition is hereby extended for a period of forty-five days, up to and including July 27, 2001.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2001.

_____
JUDGE PRESIDING