5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

FRANCISCO X. SOLIS,                     §
                        Petitioner,     §
                                        §
V.                                      §        Civil Action No. B-01-009
                                        §
GARY L. JOHNSON, DIRECTOR,              §
TEXAS DEPARTMENT OF                     §
CRIMINAL JUSTICE,                       §
INSTITUTIONAL DIVISION,                 §
                        Respondent.     §

## ORDER TO EXTEND TIME

Came on this day to be considered Respondent Johnson's First Motion for Extension
of Time with Brief in Support, *(DOCKET NO. 4)* and this court, after considering the pleadings of the parties
filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Respondent Johnson's First Motion for Extension of
Time be GRANTED, and that the Respondent's time for filing a response to the habeas
petition is hereby extended for a period of forty-five days, up to and including July 27, 2001.

It is so ORDERED.

SIGNED on this the _14th_ day of _JUNE_, 2001.

_____
JUDGE PRESIDING