IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

| | |
|---|---|
| FRANCISCO X. SOLIS<br>PETITIONER § <br>§<br>VS. §<br>§<br>GARY L. JOHNSON, DIRECTOR §<br>TEXAS DEPARTMENT OF CRIMINAL §<br>JUSTICE, INSTITUTIONAL DIVISION §<br>RESPONDENT §  | CIVIL ACTION NO.<br>B-01-89 |

## PETITIONER'S MOTION UNDER 28. U.S.C § 2250 INDIGENT PETITIONER ENTITLED TO DOCUMENTS WITHOUT COST.

TO THE HONORABLE COURT:

NOW COMES, FRANCISCO X. SOLIS, IN SUCH STYLE AND FORM, HERE-IN FILES THIS MOTION UNDER 28 U.S.C §2250 INDIGENT PETITIONER ENTITLED TO DOCUMENTS WITHOUT COST: WILL SHOW THE COURT THE FOLLOWING:

### I
### - PETITIONER'S REASON -

IF ON ANY APPLICATION FOR A WRIT OF HABEAS CORPUS AN ORDER HAS BEEN MADE PERMITTING THE PETITIONER TO PROSECUTE THE APPLICATION IN FORMA PAUPERIS, THE CLERK OF ANY COURT OF THE UNITED STATES SHALL FURNISH TO THE PETITIONER WITHOUT COST CERTIFIED COPIES OF SUCH DOCUMENTS OR PARTS OF THE RECORD ON FILE IN HIS OFFICE AS THE APPLICATION IS PENDING, ACCORDING TO HIS 5th AMENDMENT OF EQUAL PROTECTION OF DUE PROCESS LAW.

### - PRAYER -

THAT MOTION BE GRANTED AS THESE DOCUMENTS ARE NEEDED BY PETITIONER TO FURTHER PROCEED WITH

- pg 1 -

this FEDERAL WRIT COURT ~~~~ ~~~ COPIES OF documents OR PARTS OF THE Record will help petitioner to show the court that his conviction was in error to federal constitutional Right. petitioner "Solis" ask of this Honorable court to take into full consideration petitioner's "Pro-Se" efforts to present factual evidence to show this court that his allegations are true. This motion under 28 U.S.C. § 2250 can not be considered as "moot".

Executed this day 17th of August, 2001.

Truly yours,

Francisco Solis

FRANCISCO X. Solis
TDC # 586219
Stiles Unit
3060 FM 3514
BEAUMONT, TX.
— 77705 —

c/copy at (1)

— P2 —