THE Honorable Mich'el N. Milby, Clerk
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208.

RE: FRANCISCO X. SOLIS V. GARY L. JOHNSON: DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Civil Docket for Case 1:01-CV-89.

DEAR CLERK,

PETITIONER "Solis" REQUEST THE DOCKET RECORDS FOR THIS CASE. AS PETITIONER WISHES TO Rubbutt RE- ~~~~~~ "JOHNSON'S" MOTION TO DISMISS AS TIME-BARRED PURSUANT TO 28 U.S.C §2244(B) PERTAINING TO THE "A.E.D.P.A" 1-YEAR TIME OF LIMITATION. IN WHICH SHOULD NOT BE APPLIED IN THIS CASE. AS IT, IS ONLY FOR "NO CAPITAL CASES". MOREOVER, PETITIONER "Solis" IS WITH-IN THE 1-YEAR TIME OF LIMITATION SINCE THE COURT OF CRIMINAL APPEALS. DENIED POST CONVICTION WRIT 11.07 FEBURARY 28, 2001 PETITIONER FILED, 28 §2254 WRIT WAS FILED APRIL 2, 2001. THE A.E.D.P.A PROVIDES TOLLING OF THE LIMITATIONS PERIOD AS FOLLOWS:

(d)(2) THE TIME during WHICH A properly Filed APPLI-CATION FOR STATE POST CONVICTION OR OTHER COLLATERAL REVIEW WITH RESPECT TO THE PERTINENT JUDGMENT OR CLAIM IS PENDING "SHALL NOT" BE COUNTED TOWARD ANY PERIOD OF LIMITATIONS UNDER THIS SUBSECTION.

"A REASONABLE-TIME" EXCIST IN SUCH POST-STATE CONVICTION. PETITIONER WISHES TO CHALLENG RE-SPONDENTS JOHNSON FALSE ALLEGATIONS. IN ORDER TO PROVE TO THE COURT, PETITIONER IS IN NEED OF COPIES OF DOCUMENTS OR PARTS OF THE RECORD.

-pg1-

As petitioner "Solis" is proceeding "Pro-SE". In accordance to the Federal Civil Judicial Procedure and Rules. (Edition 2000) 28 § 2250.

28 § 2250 Indigent petitioner entitled to documents without cost.

"If on any application for a writ of Habeas Corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish the petitioner without cost certified copies of such document or parts of the record on file in his office as the application is pending."

These documents or parts of the record such as indigments, court records, docket sheets etc. will help assist petitioner to prove beyond a shadow of a doubt. That Respondent Johnson's motion to dismiss as time-barred; 1-year time of limitation "does not" apply in this case and such delay could cause damage to the 28 § U.S.C § 2254 writ.

Petitioner "Solis," would like to thank you in-advance for your assistance in this Dior-Matter.

Truly yours.
Signature: Francisco X. Solis
Francisco X. Solis
TDC # 586219
Stiles Unit
3060 FM 3514
Beaumont, Texas
-77705-

Executed this day 15th of August, 2001.

copy. (c2).

-pg2-