IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
— BROWNSVILLE DIVISION —

United States District Court
Southern District of Texas
FILED

OCT 1 5 2001

Michael N. Milby
Clerk of Court

FRANCISCO X. SOLIS
PETITIONER,                                          §

VS.                                                  §

GARY L. JOHNSON, DIRECTOR,                           §    CIVIL ACTION NO. B-01-089
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,                     §

                    RESPONDENT,                      §

## NOTICE OF APPEAL

TO THE HONORABLE Judge OF SAID COURT:

   NOTICE IS hereby Given THAT FRANCISCO X. SOLIS,
PETITIONER IN THE ABOVE-NAMED CASE, hereby APPEALS
TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH
CIRCUIT FROM THE denial OF THE PETITIONER'S APPLI-
CATION FOR WRIT OF HABEAS CORPUS ENTERED IN CAUSE
NO. # 90-CR-1024-CL ON THE 12th DAY OF OCTOBER,
2000.

                              Francisco X. Solis
                    SIGNATURE OF PETITIONER

                    FRANCISCO X. SOLIS
                    TDC # 586219