*17*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO X. SOLIS, | § | |
|     Plaintiff-Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | CIVIL ACTION NO. B-01-089 |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
|     Defendant-Respondent. | § | |

## ORDER DENYING MOTION TO DISQUALIFY AND RECUSE APPELLATE JUDGE

Francisco X. Solis ("Solis") has filed a motion to disqualify and recuse appellate judge Filemon B. Vela (Docket No. 16). His motion also includes objections to the order issued by this Court denying a certificate of appealability.

IT IS **ORDERED** that Francisco X. Solis's motion be **DENIED**.

DONE in Brownsville, Texas, on this 15th day of NOVEMBER, 2001.

John Wm. Black
United States Magistrate Judge